IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AGRI-AFC, LLC, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: |
| | ) 5:16-CV-224-TES |
| RONALD JOE EVERIDGE, III, | ) |
| DADDY RABBIT FARMS, INC., | ) |
| JEANNA D. EVERIDGE, | ) |
| RABBIT RIDGE FARMS, INC., | ) |
| and RONALD J. EVERIDGE, JR. | ) |
| | ) |
| *Defendants*. | ) |

**CONSENT ORDER ON DEFENDANTS' MOTION TO QUASH SUBPOENA (DOC. 63)**

This matter having come before the Court on Defendant Jeanna D. Everidge and Daddy Rabbit Farm's Motion to Quash Subpoena Served By Plaintiff on Drexler Document Laboratory, LLC and For Protective Order ("Motion") [Doc. 63] and the parties having consented to a resolution thereof, it is hereby ordered;

Defendants' Motion [Doc. 63] is **GRANTED** and the Subpoena attached to the Notice of Intent to Serve [Doc. 62] is hereby **QUASHED**.

The Motion is **GRANTED** without prejudice in regards to the Notice of Intent to Serve [Doc. 62] and the parties may serve a subpoena upon the experts which complies

with the requirements of Fed. R. Civ. P. 26 (b)(4)(B) and 26(b)(4)(C).

**SO ORDERED**, this 5th day of June, 2018.

                                             S/ Tilman E. Self, III
                                             **TILMAN E. SELF, III, JUDGE**
                                             **UNITED STATES DISTRICT COURT**

Consented to by:

/s/ Kenneth W. Revell
 Kenneth W. Revell


/s/ Wesley J. Boyer
 Wesley J. Boyer


/s/ Ben Haggerty
 Ben Haggerty
Ben Haggerty